**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6672**

THOMAS DELAWRENCE LEATH,

       Plaintiff - Appellant,

   v.

UNITED STATES OF AMERICA; DRUG ENFORCEMENT ADMINISTRATION;
AGENTS KNOWN AND UNKNOWN; FEDERAL BUREAU OF INVESTIGATION,

       Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:16-cv-00248-CCE-LPA)

Submitted: December 15, 2016     Decided: December 19, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Delawrence Leath, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Delawrence Leath appeals the district court's order accepting the magistrate judge's recommendation and dismissing for failure to state a claim, see 28 U.S.C. § 1915(e)(2)(B)(ii), Leath's Bivens* complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Leath v. United States, No. 1:16-cv-00248-CCE-LPA (M.D.N.C. May 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

\* Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).